# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNVERFERTH MFG. CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:12-cv-00931-SJD |
| J&M MFG. CO., INC. | ) ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff J&M Manufacturing Co., Inc. and Defendant Unverferth Manufacturing Co., Inc. hereby stipulate that this action is DISMISSED WITH PREJUDICE, with each party bearing its own costs, expenses, and attorneys' fees.

Dated:  April 18, 2016                                                           Respectfully submitted,

 /J. Robert Chambers/                                                         /Joseph A. Hynds/
J. Robert Chambers                                                          Joseph A. Hynds
P. Andrew Blatt                                                                  Jenny L. Colgate
Paul J. Linden                                                                     Derek F. Dahlgren
Lisa M. A. Nolan                                                               ROTHWELL, FIGG, ERNST
WOOD HERRON & EVANS LLP                                    & MANBECK, P.C.
2700 Carew Tower                                                           607 14th St., N.W., Suite 800
441 Vine Street                                                                 Washington, DC 20005
Cincinnati, OH 45202                                                       Telephone: (202) 783-6040
Telephone: (513) 241-2324                                              Facsimile: (202) 783-6031
Facsimile: (513) 241-6234                                               jhynds@rfem.com
bchambers@whe-law.com                                              jcolgate@rfem.com
dblatt@whe-law.com                                                       ddahlgren@rfem.com
plinden@whe-law.com
lnolan@whe-law.com                                                      James E. Burke
                                                                                             KEATING MUETHING & KLEKAMP PLL
*Attorneys for Plaintiff*                                                     One East 4th Street
*J&M MFG. CO., INC.*                                                     Suite 1400

Cincinnati, OH 45202
Telephone: (513) 579-6428
Facsimile: (513) 579-6457
jburke@kmklaw.com

*Attorneys for Defendant*
*UNVERFERTH MFG. CO., INC.*

**CERTIFICATE OF SERVICE**

      I certify that on April 18, 2016, a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent to the parties in the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ J. Robert Chambers